# EXHIBIT 3

Case No. 1:24-cv-01508-PAB-MDB   Document 3   filed 05/29/24   USDC Colorado   pg 1 of 3

```
Colton John Harris
3100 Wood Ave, Lot G17
Colorado Springs, CO, USA
Phone: 719-517-8289
Email: thecoltonjohn@gmail.com
```

IN THE STATE COURT OF El Paso County, Colorado

DATE FILED: March 7, 2024
CASE NUMBER: 2024CV117

Colton John Harris,
Plaintiff,
v.
Take-Two Interactive Software, Inc.,
Defendant.

## COMPLAINT

Plaintiff, Colton John Harris ("Plaintiff"), by and through undersigned counsel, brings this action against Defendant, Take-Two Interactive Software, Inc. ("Take-Two Interactive"), and alleges as follows:

### PARTIES

Plaintiff, Colton John Harris, is an individual residing in Colorado Springs, CO.
Defendant, Take-Two Interactive Software, Inc., is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business located at 110 West 44th Street, New York, NY 10036, USA.

### JURISDICTION AND VENUE

This Court has jurisdiction over the subject matter of this action and over the Defendant.
Venue is proper in this Court because the events giving rise to the claims occurred in El Paso County, Colorado.

### FACTUAL ALLEGATIONS

Plaintiff is a consumer and user of Take-Two Interactive's platform and services, and pays for a CFX Patron to use CFX.re features.
On or about [Date of Unauthorized Access], an employee of Take-Two Interactive, using the alias "Titanium," accessed Plaintiff's account on the platform without Plaintiff's legal consent.
"Titanium" used an IP address registered to Take-Two Interactive to conduct this unauthorized access.
"Titanium" further substantiated this unauthorized access by sending Plaintiff a screenshot as evidence of being inside Plaintiff's account.
"Titanium" also admitted to wanting to see Plaintiff's source code and demanded the asset ID and a coupon to test the script. Plaintiff did not feel comfortable providing any source code or assets.
Following the unauthorized access, Plaintiff has reasonable suspicion that assets within his account may have been stolen, although these concerns remain allegations at this stage.
As a result of the unauthorized access and subsequent actions by Take-Two Interactive, including being muted in the community Discord and targeted for harassment, Plaintiff has suffered significant emotional distress, exacerbating his pre-existing PTSD, causing jaw pain, and leading to sleepless nights.
Plaintiff alleges that Take-Two Interactive's actions violate consumer protection laws, as Plaintiff is a paying customer and is entitled to the security and privacy of his account.

### COUNT I: VIOLATION OF THE COMPUTER FRAUD AND ABUSE ACT (CFAA)

Plaintiff realleges and incorporates by reference the allegations contained in paragraphs 1 through 12 as if fully set forth herein.
Defendant's actions constitute a violation of the Computer Fraud and Abuse Act, 18 U.S.C. § 1030.
Plaintiff is entitled to recover damages and equitable relief pursuant to 18 U.S.C. § 1030(g).

### COUNT II: BREACH OF PRIVACY

Plaintiff realleges and incorporates by reference the allegations contained in paragraphs 1 through 12 as if fully set forth herein.
Defendant's unauthorized access to Plaintiff's account constitutes a breach of Plaintiff's privacy.
As a direct and proximate result of Defendant's actions, Plaintiff has suffered damages.

### COUNT III: VIOLATION OF CONSUMER PROTECTION LAWS

Plaintiff realleges and incorporates by reference the allegations contained in paragraphs 1 through 12 as if fully set forth herein.
Defendant's actions, including unauthorized access to Plaintiff's account and subsequent harassment, constitute a violation of consumer protection laws.
As a direct and proximate result of Defendant's actions, Plaintiff has suffered damages.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Colton John Harris, respectfully requests that this Court:

A. Award damages in the amount of $1,500,000;
B. Grant injunctive relief to prevent further unauthorized access to Plaintiff's account and to cease the harassment and targeting of Plaintiff;
C. Award Plaintiff reasonable attorney's fees and costs; and
D. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Colton John Harris
Plaintiff

DATED: [3/6/2024]