IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-1508

COLTON JOHN HARRIS,

    Plaintiff,

v.

TAKE-TWO INTERACTIVE SOFTWARE, INC.,

a Delaware corporation,

    Defendant.

---

**Notice Of Resubmission**

---

To the Clerk of Court and All Parties:

    Please be advised that the Plaintiff, Colton John Harris, is resubmitting the Plaintiff's Motion to Appoint Counsel with the corrected date. The initial submission contained an incorrect date due to a clerical error.

Thank you for your understanding.

**Respectfully submitted,**

*Colton John Harris*

Colorado Springs, CO 80907

Email: thecoltonjohn@gmail.com

Date: [7-13-2024]