**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:24-cv-1508

COLTON JOHN HARRIS,

     Plaintiff,

v.

TAKE-TWO INTERACTIVE SOFTWARE, INC.,

a Delaware corporation,

    Defendant.

---

**MOTION FOR APPOINTMENT OF COUNSEL**

---

Plaintiff, Colton John Harris, respectfully submits this Motion for Appointment of Counsel and in support thereof states as follows:

1. **Introduction**

    Plaintiff has undertaken this legal battle with unwavering determination, despite facing significant personal challenges. As a disabled individual, Plaintiff has confronted the daunting task of representing himself against a large and powerful corporation. The journey has been arduous, akin to the biblical struggle of David versus Goliath. Despite

his best efforts, Plaintiff has come to the realization that professional legal assistance is necessary to proceed effectively and to ensure that justice is served.

2. **Foregoing the Right to Self-Representation**

Plaintiff respectfully forgoes the right to speak on his own behalf and entrusts this responsibility to appointed counsel. Recognizing the complexity of the legal issues involved and the disparity in resources between himself and the Defendant, Plaintiff firmly believes that professional legal representation is essential for the fair and effective adjudication of this case. Plaintiff intends to work closely with appointed counsel but requests that counsel speak and act on his behalf in court.

3. **Plaintiff's Current Situation**

Plaintiff is currently self-represented and has encountered immense difficulties in navigating the complexities of this case. The legal intricacies and procedural demands have proven to be overwhelming, particularly given Plaintiff's disability. The disparity in resources between Plaintiff and the Defendant has further exacerbated these challenges, making it exceedingly difficult for Plaintiff to effectively advocate for his rights. Additionally, Plaintiff is experiencing significant emotional stress, lack of sleep, and financial strain, all of which hinder his ability to adequately represent himself. This case has been ongoing for several months, further intensifying these difficulties.

4. **Necessity of Legal Counsel**

The appointment of counsel is essential to ensure that Plaintiff's claims are adequately presented and that all legal arguments are effectively articulated. Plaintiff firmly believes in the merits of his case, but he lacks the expertise to properly address the legal standards and procedural requirements. Professional legal representation would not

only level the playing field but also provide Plaintiff with the necessary support to navigate this complex legal landscape. Moreover, the appointment of counsel would not cause any hindrance or prejudice to the Defendant.

5. **Faith in the Judicial Process**

Plaintiff humbly submits this request with profound faith in the wisdom and fairness of this Honorable Court. Plaintiff is convinced that with the assistance of competent legal counsel, justice will be better served, and the proceedings will be conducted more efficiently and effectively. This belief is rooted in a deep trust in the judicial system and the hope that the Court will recognize the inherent challenges faced by a disabled individual fighting alone against a powerful corporation.

6. **Conclusion**

In light of the foregoing, Plaintiff respectfully acknowledges his limitations and places his trust in the hands of this Court, praying for the appointment of competent legal counsel to represent him in this matter. Plaintiff has fought valiantly but recognizes that the complexities of this case require professional expertise. By granting this motion, the Court would not only facilitate a fair trial but also uphold the principles of justice and equality. Plaintiff also humbly requests that the Court appoint counsel before ruling on the motion to dismiss, to ensure that all procedural requirements are properly addressed and claims are made properly.

WHEREFORE, Plaintiff respectfully requests that this Court grant his Motion for Appointment of Counsel, appoint counsel before ruling on the motion to dismiss, and provide such other and further relief as the Court deems just and proper.

**Respectfully submitted,**

*Colton John Harris*

Colorado Springs, CO 80907

Email: thecoltonjohn@gmail.com

Date: [7-13-2024]