**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*9:57 am, Jul 24, 2024*
**JEFFREY P. COLWELL, CLERK**

# Plaintiff's Motion to Report Coercive Settlement Tactic and Improper Conduct

DATE FILED: May 17, 2024 4:15 PM
CASE NUMBER: 2024CV117

FILED IN THE DISTRICT AND
COUNTY COURTS OF
EL PASO COUNTY, COLORADO

MAY 17 2024

SHERI KING
CLERK OF COURT

**Court Name: El Paso County Combined Courts**

*Case Number: 24CV117*

Plaintiff: Colton Harris, Pro Se

Defendant: Rockstar Games, Inc. and Take-Two Interactive Software, Inc.

Plaintiff's Motion to Report Coercive Settlement Tactic and Improper Conduct

Plaintiff: Colton Harris, Pro Se

Defendant: Rockstar Games, Inc. and Take-Two Interactive Software, Inc.

Your Honor,

I, Colton Harris, the Plaintiff in the above-captioned matter, respectfully submit this motion to inform the Court of recent interactions with the Defendants' counsel, Karen Pagnanelli (#174763), which I believe constitute a coercive settlement tactic and improper conduct.

FACTUAL BACKGROUND:

Initial Call from **Karen Pagnanelli**:

On April 22, 2024, I received a phone call from Karen Pagnanelli, who identified herself as representing Rockstar Games, Inc. and Take-Two Interactive Software, Inc. (See Exhibit A: Phone call log and screenshot).

The call lasted approximately 15 minutes, during which we discussed the ongoing case.

Follow-Up Call Regarding Settlement Offer:

A few days later, I returned the call to Ms. Pagnanelli. During this conversation, she proposed unbanning my account within **24 hours** if I agreed to drop the lawsuit. This offer is a clear attempt to coerce me into abandoning my legal claims without proper redress for the unauthorized access to my account and the resulting damages. (See Exhibit B: Evidence of account ban for legal reasons)

Improper Conduct and Avoidance:

On [**5-17-2024**], I attempted to inform Ms. Pagnanelli that she had until May 31, 2024, to file an answer. The front desk staff initially claimed they were not affiliated with the correct law group and that Ms. Pagnanelli did not work there. Subsequently, they refused to connect me, stating that Ms. Pagnanelli would not take my call.

After two further attempts to reach Ms. Pagnanelli, the front desk finally allowed me to leave a message. This evasive behavior further underscores the Defendants' counsel's attempt to avoid accountability and hinder my efforts to seek justice.

FILED IN THE DISTRICT AND
COUNTY COURTS OF
EL PASO COUNTY, COLORADO

**REQUEST FOR RELIEF:**

MAY 17 2024

SHERI KING
CLERK OF COURT

Judicial Notice and Action:

I respectfully request this Honorable Court to take judicial notice of the coercive settlement tactic and improper conduct exhibited by Ms. Pagnanelli and her associates. This behavior demonstrates a deliberate attempt to undermine the integrity of these proceedings.

Sanctions and Compensation:

I urge the Court to impose appropriate sanctions on the Defendants and their counsel for their misconduct. Such sanctions will deter future violations and uphold the integrity of the judicial process.

Given the severity of the Defendants' actions and their impact on my personal and professional life, I seek a judgment in the amount of **$1.5 million** to address the damages incurred and compensate for the harm caused by the unauthorized access and coercive tactics.

CONCLUSION:

Your Honor, the Defendants' calculated attempts to intimidate and coerce a pro se plaintiff into abandoning a legitimate legal claim must be addressed decisively. The behavior of their counsel not only threatens the fairness of these proceedings but also sets a dangerous precedent if left unchecked. I respectfully request that the Court act firmly to ensure justice is served and to protect the sanctity of the judicial process.

I declare under penalty of perjury under the laws of the State of Colorado that the foregoing is true and correct.

Dated: [**5-17-2024**]

Respectfully submitted,

FILED IN THE DISTRICT AND
COUNTY COURTS OF
EL PASO COUNTY, COLORADO

MAY 1 7 2024

SHERI KING
CLERK OF COURT

Colton Harris

Signature:

Name: Colton Harris

Signature: Colton John Harris

Address:

[3100 Wood Ave, Lot G17]

[Colorado Springs, Co, 80907]

[thecoltonjohn@gmail.com]

[719-517-8289]

# Exhibits:

FILED IN THE DISTRICT AND
COUNTY COURTS OF
EL PASO COUNTY, COLORADO

MAY 17 2024   

SHERI KING
CLERK OF COURT

## Attorney Profile

### Karin Pagnanelli #174763

License Status: Active

Address: Mitchell Silberberg et al, 2049 Century Park E, Fl 18, Los Angeles, CA
90067-3120
Phone: 310-312-3746  |  Fax: 310-231-8346
Email: kgp@msk.com  |  Website: Not Available

More about This Attorney  ▾

## License Status, Disciplinary and Administrative History

All changes of license status due to nondisciplinary administrative matters and
disciplinary actions.

| Date | License Status ❶ | Discipline ❶ | Administrative Action ❶ |
|------|------------------|--------------|-------------------------|
| Present | Active | | |
| 12/7/1994 | Admitted to the State Bar of California | | |

**Exhibit A: Phone call log and screenshot of call from Karen Pagnanelli on April 22, 2024.**



FILED IN THE DISTRICT AND
COUNTY COURTS OF
EL PASO COUNTY, COLORADO

MAY 1 7 2024

SHERI KING
CLERK OF COURT





**Exhibit B: Evidence of account ban for legal reasons.**

  hollywoodiownu (OP) Connected

# hollywoodiownu
Connected

🚫 **This user is suspended until Mar 1, 2025 12:00 am.**
**Reason:** Legal threats with no foundation

🕐 2:20 pm

Posted Mar 6 Joined Apr 17, 2019 Read 7d
Following 7 Followers 29

👤 Member   🔗 Hot Link   🎂 Anniversary   +21 More

▼ 11 posts in topic

FILED IN THE
COUNTY CO...
EL PASO COUNTY CO...

MAY 17 2024

SHERI K...
CLERK OF (