# EXHIBIT K



zee — Today at 2:51 PM
don't come at me with baseless legal threats and expect to walk away from it