# EXHIBIT L



**titanium** 03/05/2024 3:28 PM
I can see the flagged issue from Zee.