IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-1508

COLTON JOHN HARRIS,

    Plaintiff,

v.

TAKE-TWO INTERACTIVE SOFTWARE, INC.,

a Delaware corporation,

    Defendant.

---

**WITHDRAW PLAINTIFF'S MOTION TO REPORT COERCIVE SETTLEMENT TACTIC AND IMPROPER CONDUCT**

---

I am writing to formally withdraw the motion titled **PLAINTIFF'S MOTION TO REPORT COERCIVE SETTLEMENT TACTIC AND IMPROPER CONDUCT** that was filed on May 17th 2024. This motion concerns a coercive settlement offer, which is in part what caused the emotional distress addressed in my amended complaint.

Although the issue of the coercive settlement offer is a part of my case, I have decided to withdraw the motion to streamline the proceedings. The accepted amended complaint, filed on 06/26/2024, includes the emotional distress caused by the coercive settlement offer among other key issues. By integrating these concerns within the broader claims of the amended complaint, the case can be managed more effectively and without redundancy.

I respectfully request that the court's records be updated to reflect this withdrawal. If there are any additional steps required or further information needed to complete this process, please let me know.

Thank you for your attention to this matter.

**Sincerely**,

*Colton John Harris*

Colton John Harris

3100 Wood Ave, Lot G17

Colorado Springs, CO 80907

Email: thecoltonjohn@gmail.com

DATED: [7-31-2024]