IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-1508

COLTON JOHN HARRIS,

    Plaintiff,

v.

TAKE-TWO INTERACTIVE SOFTWARE, INC.,

a Delaware corporation,

    Defendant.

---

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF DEFENDANT'S MOTION TO DISMISS**

---

**I. Introduction**

Plaintiff, Colton John Harris, respectfully submits this response to Defendant Take-Two Interactive Software, Inc.'s Motion to Stay. For the reasons outlined below, Plaintiff contends that a stay is unwarranted and would prejudice Plaintiff's right to proceed expeditiously with his claims.

## II. Argument

**Plaintiff's Interest in Proceeding Expeditiously**

Plaintiff has a significant interest in advancing this litigation promptly. As noted in the complaints, Plaintiff has suffered substantial harm, including financial losses, reputational damage, and emotional distress related to this dispute. A stay would only serve to prolong the resolution of these issues, further prejudicing Plaintiff. Plaintiff's claims are neither frivolous nor baseless; they are supported by concrete facts and evidence that warrant judicial consideration.

Additionally, prompt discovery is essential to uncover the full scope of the wrongdoing, including identifying the employees involved and understanding the extent of their knowledge and involvement within the organization. The harm inflicted by Defendant's actions continues to affect Plaintiff, and delaying the proceedings would exacerbate the existing damages.

Furthermore, Plaintiff has filed a Third Amended Complaint, which presents additional facts and evidence underscoring the seriousness of the claims. This ongoing development highlights the need for continued proceedings to comprehensively address these updated allegations. Delaying the case would hinder the discovery of relevant information and prolong the harm experienced by the Plaintiff.

**No Undue Burden on Defendant**

Defendant's argument that it would be unduly burdened by discovery is unpersuasive. Discovery is a standard part of litigation and necessary for uncovering the truth. Defendant, a large corporation, is fully capable of managing the demands of discovery. Furthermore, the burden of discovery does not outweigh the need for Plaintiff to gather evidence to support his claims. The

discovery process will illuminate the factual disputes and assist in clarifying the issues for the Court, ultimately contributing to a just and fair resolution.

**Judicial Economy Does Not Favor a Stay**

Contrary to Defendant's assertions, judicial economy would not be served by granting a stay. The Court's time and resources would be more effectively utilized by allowing the case to proceed, addressing all claims comprehensively rather than in a piecemeal fashion. A stay would likely lead to multiple rounds of litigation over procedural matters, rather than a swift determination on the merits. Addressing all aspects of the case concurrently will provide clarity and efficiency.

**Interests of Nonparties and the Public Interest**

While Defendant argues that nonparties may be burdened by discovery, this factor does not outweigh the need for truth-finding in litigation. The public interest is best served by ensuring that justice is done and that claims are decided on their merits. Staying the proceedings undermines public confidence in the legal system's ability to address grievances and hold parties accountable.

**III. Conclusion**

For the reasons stated above, Plaintiff respectfully requests that the Court deny Defendant's Motion to Stay Proceedings. A stay would unfairly prejudice Plaintiff, impede the judicial process, and is not justified by the burden on Defendant or considerations of judicial economy. Plaintiff is entitled to a timely and fair adjudication of his claims.

Given the upcoming Motion Hearing set for September 9, 2024, Plaintiff believes that it is in the interest of justice to allow the case to proceed without delay. Plaintiff is prepared to address all

relevant matters at the hearing and urges the Court to deny the Motion to Stay, thereby permitting the litigation to continue toward a timely resolution.

**Respectfully submitted,**

*Colton John Harris*

Colorado Springs, CO 80907

Email: thecoltonjohn@gmail.com

DATED: [8-29-2024]