IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-1508

COLTON JOHN HARRIS,

    Plaintiff,

v.

TAKE-TWO INTERACTIVE SOFTWARE, INC.,

a Delaware corporation,

    Defendant.

---

**MOTION TO PROCEED IN FORMA PAUPERIS (INCLUDING WAIVER OF PACER AND COURT FEES)**

---

Plaintiff, **Colton John Harris**, respectfully submits this Motion to request a waiver of fees associated with PACER access, court filings, and other legal processes. Due to Plaintiff's financial circumstances, paying the required fees would present a significant hardship.

## I. BASIS FOR WAIVER REQUEST

Plaintiff is requesting a **waiver of fees** based on the following circumstances:

1. **Financial Hardship**: Plaintiff does not have the financial resources to cover the **$323 PACER fees** or any additional fees required throughout the proceedings. Payment of these fees would cause undue financial strain, which Plaintiff cannot afford due to limited income and resources.

2. **Indigence**: Plaintiff qualifies as **indigent**, and under similar financial conditions, Plaintiff has been granted **fee waivers in state court proceedings**. Plaintiff is unable to pay these fees without suffering undue hardship. Furthermore, Plaintiff is **disabled** and financially limited, further exacerbating the inability to cover court-related fees.

3. **Public Interest**: This case involves important issues of **public interest**, and the Plaintiff seeks full access to the legal process to ensure that justice is served without financial barriers. The inability to access the legal system due to financial restrictions would unfairly limit Plaintiff's ability to engage with the judicial process.

---

## II. REQUEST FOR WAIVER

Plaintiff respectfully requests that the Court grant a **waiver** of all court fees, including but not limited to:

- **PACER fees** for access to the Public Access to Court Electronic Records system.
- **Filing fees** for any documents or motions related to this case.
- **Other legal process fees** that may arise throughout the duration of the litigation.

Plaintiff is currently unable to afford these costs due to ongoing financial hardship and asks the Court to waive these fees so that Plaintiff can continue to participate in this case without further financial strain.

### III. CONCLUSION

For the reasons stated above, Plaintiff respectfully requests that the Court grant this Motion for Waiver of PACER and Court Fees, allowing Plaintiff to proceed without being burdened by the costs associated with accessing the legal process. Plaintiff is financially incapable of covering the required fees, and granting this waiver is essential to ensuring **fair and equal access** to the courts for all individuals, regardless of financial means.

### Supporting Documentation:

To further support this motion, Plaintiff is prepared to submit **documentation of financial status**, including but not limited to:

- Proof of income.
- Disability-related financial limitations, if required by the Court.

**Respectfully submitted,**

*Colton John Harris*

Colorado Springs, CO 80907

Email: thecoltonjohn@gmail.com

DATED: [10-10-2024]