IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-1508

COLTON JOHN HARRIS,

    Plaintiff,

v.

TAKE-TWO INTERACTIVE SOFTWARE, INC.,

a Delaware corporation,

    Defendant.

---

**NOTICE OF WITHDRAWAL OF OBJECTION (DOC. 115)**

---

Plaintiff, Colton John Harris, respectfully submits this Notice of Withdrawal of the objection filed on December 10, 2024 (Doc. 115) in good faith, to streamline the proceedings and narrow the issues before the Court.

**Respectfully submitted,**

*Colton John Harris*

3100 Wood Ave, Lot G17

Colorado Springs, CO 80907

Email: thecoltonjohn@gmail.com

DATED: [12-17-2024]