# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-1508-MDB

COLTON JOHN HARRIS,

    Plaintiff,

v.

TAKE-TWO INTERACTIVE SOFTWARE, INC.
a Delaware corporation,

    Defendant.

---

## DEFENDANT'S RESPONSE TO PLAINTIFF'S OBJECTION
## TO COURTROOM MINUTES

---

Defendant Take-Two Interactive, Inc. ("Take-Two") hereby provides its response to Plaintiff's Objection to Courtroom Minutes (the "Objection"). ECF No. 137. The Courtroom Minutes for the December 17, 2024 Status Conference are entered at ECF No. 129.

First, Plaintiff's Objection largely echoes the concerns raised in motions filed by Plaintiff (the "Motions") at ECF Nos. 96, 100-102, 107, 113, 116, and 120, specifically:

- Plaintiff's objections to Take-Two's inclusion of a screenshot in its Reply to Plaintiff's Motion to Dismiss;

- The timing of Take-Two's submission of a response to Plaintiff's Motion for Sanctions;

- Whether Take-Two has preserved evidence relevant to Plaintiff's claims, given Take-Two's recent launch of an updated user interface for part of its FiveM platform.

Take-Two responded to Plaintiff's concerns in its Consolidated Response to Plaintiff's Motions for Sanctions, Preservation Order, Default Judgment, and Exclusion of Evidence (the

1

"Consolidated Response"). ECF No. 138. Take-Two refers the Court to its Consolidated Response and incorporates it here by reference.

Second, Plaintiff renews his objections to the Magistrate Judge's decision to consolidate briefing on the Motions in the first instance. *See* ECF No. 109. Take-Two refers the Court to its Response to Plaintiff's Objection to Minute Order on Procedural Handling of Motions and incorporates it here by reference. ECF No. 132.

Third, Plaintiff objects that the Courtroom Minutes do not accurately reflect and/or mischaracterize Plaintiff's arguments and that the Court's responses during the December 17, 2024 Status Conference evinced bias or prejudice against Plaintiff. Take-Two disagrees with Plaintiff's position and notes that a transcript of the Status Conference has been ordered, which the Court may use to assess the accuracy and completeness of the Courtroom Minutes and the Magistrate Judge's discussion and consideration of Plaintiff's concerns.  ECF No. 131.

Accordingly, Take-Two respectfully requests that Plaintiff's Objection to the Courtroom Minutes be overruled.

DATED:  January 14, 2025

                    Respectfully submitted,

                    By: */s/ Carolyn Juarez*
                    Carolyn Juarez
                    Neugeboren O'Dowd PC
                    726 Front St., Ste. 220
                    Louisville, CO  80027
                    T: (720) 536-4900
                    F: (720) 536-4910
                    Email:  carolyn@nodiplaw.com
                    ATTORNEYS FOR DEFENDANT TAKE-TWO INTERACTIVE SOFTWARE, INC.

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on January 14, 2025, a true and correct copy of the foregoing **DEFENDANT'S RESPONSE TO PLAINTIFF'S OBJECTION TO COURTROOM MINUTES** was filed with the Clerk of Court using the CM/ECF system.

                               */s/ Carolyn Juarez*
                                 Carolyn Juarez

3