IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-1508

COLTON JOHN HARRIS,

    Plaintiff,

v.

TAKE-TWO INTERACTIVE SOFTWARE, INC.,

a Delaware corporation,

    Defendant.

**PLAINTIFF'S EMERGENCY MOTION FOR HEARING BEFORE CHIEF JUDGE PHILIP A. BRIMMER**

**Plaintiff, Colton John Harris, respectfully moves this Court for an emergency hearing before Chief Judge Philip A. Brimmer to address urgent due process violations, procedural misconduct, and significant irregularities that require immediate judicial oversight.**

**I. REQUEST FOR EMERGENCY HEARING**

Plaintiff **asserts his fundamental right to due process** and an opportunity to be heard regarding the procedural handling of this case. Given the critical nature of these issues, an **immediate hearing is necessary** to prevent continued prejudice and ensure that all pending matters are handled fairly and impartially.

**Plaintiff demands that this hearing be scheduled at the earliest possible date to prevent further irreparable harm.**

Plaintiff is fully prepared to appear before **Chief Judge Philip A. Brimmer** and respectfully requests the opportunity to present these concerns directly to the Court.

---

**II. LEGAL BASIS FOR EMERGENCY HEARING**

This Court has the inherent authority under **28 U.S.C. § 1651(a) (All Writs Act)** and **Fed. R. Civ. P. 16(a)(3)** to convene hearings on urgent procedural issues.

Additionally, under **Goldberg v. Kelly, 397 U.S. 254 (1970),** due process requires a meaningful opportunity to be heard before deprivations of rights occur. **Unreasonable procedural delays and unequal application of judicial rulings constitute a direct violation of due process rights.**

Failure to grant an emergency hearing would **continue the unfair treatment of Plaintiff** and violate fundamental principles of fairness.

---

## III. CONCLUSION & DEMAND FOR IMMEDIATE ACTION

For the foregoing reasons, Plaintiff respectfully requests that this Court:

1. **GRANT an emergency hearing before Chief Judge Philip A. Brimmer.**
2. **SCHEDULE the hearing immediately to prevent further procedural prejudice.**
3. **ENSURE that all procedural concerns and due process violations are addressed without delay.**

**WHEREFORE, Plaintiff prays that this Court grants the relief requested.**

---

**Respectfully submitted,**

*Colton John Harris*

3100 Wood Ave, Lot G17

Colorado Springs, CO 80907

Email: thecoltonjohn@gmail.com

DATED: **February 12, 2025**