IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-1508

COLTON JOHN HARRIS,

    Plaintiff,

v.

TAKE-TWO INTERACTIVE SOFTWARE, INC.,

a Delaware corporation,

    Defendant.

---

**NOTICE REINFORCING PROCEDURAL DEADLOCK CONFIRMATION**

---

TO THE HONORABLE COURT:

Plaintiff submits this Notice to confirm that within 24 hours of filing the *Notice of Procedural Deadlock* (Dkt. 186), the Court entered Dkt. 187 — referring Plaintiff's Motion for Ruling (Dkt. 185) to the same magistrate judge who is the basis of the procedural loop identified in Dkt. 186.

This development directly reinforces the substance of Plaintiff's procedural concerns, as described in Dkt. 186, and is respectfully filed to preserve the record for future review.

**FOR THE RECORD:**

Let the record reflect that the Court's prompt referral of Dkt. 185 to the magistrate judge — immediately following the filing of Plaintiff's Notice of Procedural Deadlock — serves to confirm, rather than resolve, the procedural stagnation described therein. The same unresolved referral cycle persists, and Plaintiff respectfully maintains that this pattern undermines the ability to secure timely judicial review of core constitutional and procedural matters.

Let the record further reflect that this Notice is not submitted to obtain relief, but to document that the pattern identified in Dkt. 186 has already recurred — within one calendar day.

**Respectfully submitted,**

*Colton John Harris*

3100 Wood Ave, Lot G17

Colorado Springs, CO 80907

Email: thecoltonjohn@gmail.com

DATED: **04-15-2025**