IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-1508

COLTON JOHN HARRIS,

    Plaintiff,

v.

TAKE-TWO INTERACTIVE SOFTWARE, INC.,

a Delaware corporation,

    Defendant.

---

**PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

---

Under Federal Rule of Civil Procedure 56(c) and (e), a party opposing summary judgment must cite specific admissible evidence in the record or demonstrate a genuine dispute of material fact. Defendant has done neither.

Defendant submitted **no affidavit, declaration, or authenticated exhibit** in response to Plaintiff's Motion for Summary Judgment (Dkt. 199), nor did it properly dispute any material fact under Rule 56(c)(1). Reliance on prior Rule 12(b)(6) pleadings does not satisfy Rule 56.

Legal arguments are not evidence, and unauthenticated exhibits submitted months ago in a different procedural posture do not meet the evidentiary burden required for summary judgment.

Because Defendant failed to dispute **Plaintiff's Statement of Undisputed Facts** or **offer any admissible evidence, all material facts are deemed admitted. Summary judgment should be granted in full under Rule 56(e).**

**Filed under duress and without waiver,**

/s/ Colton John Harris

*Colton John Harris*

3100 Wood Ave, Lot G17

Colorado Springs, CO 80907

Email: thecoltonjohn@gmail.com

DATED: **05-23-2025**