**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:24-cv-1508-MDB

COLTON JOHN HARRIS,

    Plaintiff,

v.

TAKE-TWO INTERACTIVE SOFTWARE, INC.
a Delaware corporation,

    Defendant.

---

**DEFENDANT'S RESPONSE TO PLAINTIFF'S NOTICE RE DEFENDANT'S
CONTRADICTIONS AND SUMMARY JUDGMENT DEADLINE (DKT. 204)**

---

To the extent one is required, Defendant Take-Two Interactive, Inc. ("Defendant" or "Take-Two") hereby provides its response to Plaintiff's Notice re Defendant's Contradictions and Summary Judgment Deadline (the "Notice"). Dkt. No. 204.

Between April 14 and May 1, 2025, Plaintiff filed thirteen documents styled as notices, motions, or objections. On May 5, 2025, Defendant requested that the Court clarify whether it would like Defendant to provide responses to Plaintiff's submissions and, if so, the Court's preferred format, procedure, and schedule for those responses. The Court has not yet provided the requested guidance. Therefore, in an abundance of caution, Defendant has elected to provide responses to Plaintiff's submissions noting where Defendant does not believe a substantive response is necessary and/or referring the Court to the documents containing Defendant's response where the contents of a submission appear to overlap with Plaintiff's previously advanced

1

arguments. Contrary to Plaintiff's representations in the Notice, this approach is not "contradictory" in nature.

In the Notice, Plaintiff also states the deadline for Defendant to respond to Plaintiff's Motion for Summary Judgment. Defendant filed its response by the May 22, 2025 deadline (Dkt. No. 213) and Plaintiff filed a reply the next day (Dkt. No. 214).

DATED: May 27, 2025

Respectfully submitted,

By: */s/ Carolyn Juarez*
Carolyn Juarez
NOD Law PC
726 Front St., Ste. 220
Louisville, CO  80027
T: (720) 536-4900
F: (720) 536-4910
Email:  carolyn@nod-law.com
ATTORNEYS FOR DEFENDANT TAKE-TWO INTERACTIVE SOFTWARE, INC.

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 27, 2025, a true and correct copy of the foregoing **DEFENDANT'S RESPONSE TO PLAINTIFF'S NOTICE RE DEFENDANT'S CONTRADICTIONS AND SUMMARY JUDGMENT DEADLINE (DKT. 204)** was filed with the Clerk of Court using the CM/ECF system.

*/s/ Carolyn Juarez*
Carolyn Juarez