**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:24-cv-1508-MDB

**COLTON JOHN HARRIS,**

Plaintiff,

v.

**TAKE-TWO INTERACTIVE SOFTWARE, INC.,**

a Delaware corporation,

Defendant.

---

### LETTER TO THE HONORABLE ARTICLE III JUDGE

---

**To the Honorable Article III Judge:**

Plaintiff respectfully submits this letter to note for the record that the following fully briefed and dispositive matters remain pending before the Article III Judge:

- **Plaintiff's Motion for Summary Judgment** (Dkt. 199)
- **Plaintiff's Objection to the Magistrate Judge's Recommendations Dkt.216-217 (**Dkt. 218)
- **Plaintiff's Motion to Strike Defendant's Unauthorized Response** (Dkt. 220)

Each of these filings involves matters governed by **Fed. R. Civ. P. 56, Rule 72(b), and 28 U.S.C. § 636(b)(1)(B)**, and is properly before the assigned Article III judge.

Magistrate Judge Braswell has already issued her Recommendations (Dkts. 216 and 217). These matters do not require further referral, and no additional response from Defendant is necessary for the Court to rule on (Dkts. 199,218,220)

Plaintiff notes that under **Rule 1** of the Federal Rules of Civil Procedure, the Court is empowered to act sua sponte to secure the just, speedy, and inexpensive determination of (Dkts. 199,218,220). Continued delay in resolving these fully submitted issues may risk prejudice, and Plaintiff respectfully preserves all rights accordingly.

This letter is not a motion and does not request new relief. It is submitted solely to preserve the record and ensure that the above matters remain properly channeled for resolution by the assigned Article III judge. **Nothing herein shall be construed as a waiver of any rights, objections, or preserved issues.**

**Filed under duress and without waiver,**

**/s/ Colton John Harris**

*Colton John Harris*

3100 Wood Ave, Lot G17

Colorado Springs, CO 80907

Email: thecoltonjohn@gmail.com

DATED: **06-18-2025**