IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-01508-PAB-MDB

COLTON JOHN HARRIS,

    Plaintiff,

v.

TAKE-TWO INTERACTIVE SOFTWARE, INC.,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Accepting Magistrate Judge's Recommendation [Docket No. 225] of Chief United States District Judge Philip A. Brimmer entered on August 21, 2025, it is

ORDERED that the Recommendation of the United States Magistrate Judge [Docket No. 216] is ACCEPTED.  It is further

ORDERED that Defendant's Motion to Dismiss Third Amended Complaint Pursuant to F.R.C.P. 12(b)(6) [Docket No. 76] is GRANTED.  It is further

ORDERED that plaintiff's claims against defendant are DISMISSED with prejudice.  It is further

ORDERED that judgment shall enter in favor of defendant and against plaintiff.  It is further

ORDERED that defendant is awarded its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is further ORDERED that this case is closed.

Dated: August 21, 2025.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By s/ S. Grimm
 Deputy Clerk